IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   KAREN LYNN MAYO                                      CHAPTER 13
                                                              CASE NO: 09-15062

## OBJECTION TO PROOF OF CLAIM

COMES NOW, Debtor, by and through counsel, and files this objection to the Proof of Claim filed by Vanderbilt Mortgage and Finance (Claim #8) on July 16, 2010 and would respectfully show unto the Court the following:

1. That the deadline to file a non-governmental proof of claim in this case was February 16 , 2010.

2. That this claim was filed on July 16, 2010.

3. Accordingly, Vanderbilt has filed this claim untimely and Debtor objects to this claim.

4. Additionally, Debtor, Karen Lynn Mayo is not listed as a borrower in the very loan documents filed by Vanderbilt.

RESPECTFULLY SUBMITTED, this the 19th day of July 2010.

/s/Mark Ivey Burton
Attorney for Debtor

Mark Ivey Burton(MSB#99130)
Burton & Burton, PLLC
113 South Madison Street
Kosciusko, MS 39090
Phone: 662-289-3839
Fax: 662-289-9009

## CERTIFICATE OF SERVICE

I Mark Ivey Burton, do hereby certify that I have this day either mailed by United States mail, postage prepaid or electronically mailed through ECF, a true and correct copy of the above and foregoing *Objection to Proof of Claim* to the following:

    Hon. Ronald H. McAlpin    USTPRegion05.AB.ECF@usdoj.gov
    Assistant U.S. Trustee
    100 West Capitol St., Ste. 706
    A.H. McCoy Federal Bldg
    Jackson, MS 39269

    Hon. Terre M. Vardaman    VARDAMAN13ECF@gmail.com
    Chapter 13 Trustee
    PO Box 1326
    Brandon, MS 39043

SO CERTIFIED, this the 13th day of February 2010.

                                                  /s/Mark Ivey Burton
Mark Ivey Burton(MSB#99130)             Attorney for Debtor
Burton & Burton, PLLC
113 South Madison Street
Kosciusko, MS 39090
Phone: 662-289-3839
Fax: 662-289-9009