CM/ECF hrg6bk
(Rev. 01/28/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Karen Lynn Mayo
    Debtor(s)

Case No.: 09−15062−DWH
Chapter: 13
Judge: David W. Houston III

---

    PLEASE TAKE NOTICE that a hearing will be held at

    Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

    on 9/9/10 at 10:00 AM

    Responses Due: 8/25/10

    to consider and act upon the following:

    *75* – Objection to Claim of Vanderbilt Mortgage Filed by Karen Lynn Mayo. (Burton, Mark)

    Should any party receiving this notice respond or object to said objection such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said objection immediately after the objection or response due date.

    A copy of the objection is required to be served pursuant to Rules 9013 and 9014, FRBkP. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE NOTICING ORDER ATTACHED HERETO TO PERFORM NOTICING AS TO SAID OBJECTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID NOTICING ORDER.

Dated: 7/23/10

                      David J. Puddister
                      Clerk, U.S. Bankruptcy Court
            BY: SGF
                      Deputy Clerk

CM/ECF soobjclm
(Rev. 01/28/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re: Karen Lynn Mayo
Debtor(s)

Case No.: 09–15062–DWH
Chapter: 13

---

**ORDER DELEGATING NOTICING RESPONSIBILITY**
**AS TO OBJECTION TO THE ALLOWANCE OF A CLAIM**

Pursuant to Rule 3007, Federal Rules of Bankruptcy Procedure, it is

ORDERED that the objector in the objection to the allowance of a claim attached to this notice shall mail or otherwise deliver to the claimant in the subject claim, the debtor(s) or debtor(s)–in– possession, the case trustee and the U.S. Trustee, notice of the hearing on such objection at least 30 days prior to the hearing, which is scheduled in the notice of hearing included herewith; and it is

FURTHER ORDERED that said objector, within 7 days after the mailing or delivery thereof, shall file in the office of the Clerk of this Court a certificate of such service along with a copy of the documents so served.

Dated and Entered: 7/23/10

David W. Houston III
Judge, U.S. Bankruptcy Court